# UNITED STATES DISTRICT COURT
## for
## Connecticut

U.S.A. vs. Ricardo Santiago                    Docket Number: 0205 3:24CR00097-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jessica Dickson, U.S. Probation Officer, presenting an official report upon the conduct of defendant Ricardo Santiago, who was placed under pretrial release supervision by the Honorable Thomas O. Farrish, U.S. Magistrate Judge, sitting in the court at Hartford, Connecticut on the seventh day of May, 2024 under the following conditions:

Submit to supervision by and report for supervision to the United States Probation Office
telephone number _____ no later than _____

- [x] continue or actively seek employment.
- [x] surrender any passport to: United States Probation Office.
- [x] not obtain a passport or other international travel document.
- [x] abide by the following restrictions on personal association, residence, or travel:
  The defendant shall not travel outside Connecticut without prior approval of the United States Probation Office.
- [x] avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including:

  _____

- [x] get medical or psychiatric treatment:

  _____

- [x] report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 20, 2025, Connecticut State Police issued an Amber Alert, for Mr. Santiago's daughter stating that it was believed he was trying to flee the area with her. Hartford Police Department subsequently located Mr. Santiago and his daughter in a vehicle in Hartford. He was given commands to exit the vehicle, which he complied with. Mr. Santiago falsely claimed to officers that he was Edgar Santiago, and provided officers with identification in the same alias. It is noted that Edgar Santiago, is Mr. Santiago's brother.

While officers were speaking with Mr. Santiago's daughter, they observed hair tied together in a pony tail on the front passenger seat of the vehicle. It matched the color of his daughter's hair.

Mr. Santiago's parked car was observed to be near a hair salon, Bella Forever. Officers confirmed with the front desk staff of Bella Forever, that Mr. Santiago and his daughter were in the salon just prior to their contact with them.

Mr. Santiago was arrested by the Hartford Police Department and charged with Interfering with an Officer and Criminal Impersonation. He was issued a misdemeanor summons with a state court date of October 1, 2025, at Hartford Superior Court. He was held on a federal detainer (issued on September 19, 2025) at Hartford Correctional Center.

PRAYING THAT THE COURT WILL ORDER this additional conduct considered at Mr. Santiago's detention hearing scheduled for this date, at 2:00 PM. It is also recommended that Mr. Santiago remain detained pending his scheduled sentencing on September 24, 2025.

ORDER OF COURT

Considered and ordered this  22nd  day of

_September_ , 20 25   and ordered filed

and made a part of the records in the above case.

_Thos V. Jamil_   Date: 2025.09.22 11:57:41 -04'00'

U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct

Executed on _____ Sep 22, 2025 _____

Jessica Dickson
Senior U.S. Probation Officer

_Jessica Dickson_

Place _____ Hartford, Connecticut _____

Additional Comments: